IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| NEUROMUSCULAR TECHNOLOGY, LLC, et al., <br> *Plaintiffs*, <br><br> v. <br><br> OMNIVOX LLC, <br><br> *Defendant*. | Civil No. 1:18-cv-277 <br><br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Magistrate Judge Buchanan's Report and Recommendation ("R&R") (Dkt. 19). The R&R was entered on July 23, 2018, and there have been no objections filed. After reviewing the record and the R&R, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the R&R (Dkt. No. 19) in full.

Consequently, Petitioners' Motion for Default Judgment (Dkt. No. 13) is hereby **GRANTED**. It is hereby **ORDERED**, as further relief in this matter, that the Clerk of Court enter a default judgment against Respondent Omnivox, LLC d/b/a/ True North Consulting ("Omnivox") pursuant to Fed. R. Civ. P. 55(a) for the following amounts:

a) Judgment in favor of Neuromuscular Technology, LLC and against Omnivox in the amounts of $418,212; plus pre-judgment interest running from January 2, 2012 through November 7, 2017, at the rate of 6% per annum; and post-judgment interest running from December 7, 2017 through the date that Omnivox satisfies the judgment, at the rate of 6% per annum; plus $7,700 representing Omnivox's portion of the AAA administrative fees and expenses; and

1

b) Judgment in favor of Bodiflo, LLC and against Omnivox in the amounts of $239,664; plus pre-judgment interest running from January 2, 2012 through November 7, 2017, at the rate of 6% per annum; and post-judgment interest running from December 7, 2017 through the date that Omnivox satisfies the judgment, at the rate of 6% per annum.

It is **SO ORDERED**.

August 20, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge